# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Rhy Broussard,<br><br>Plaintiff,<br><br>v.<br><br>Thomas M. Hollenhorst, et al.,<br><br>Defendant. | Case No. 22-cv-342 (SRN/ECW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Aaron Rhy Broussard, Reg. No. 20944-041, USP-McCreary, U.S. Penitentiary, P.O. Box 3000, Pine Knot, KY, 42635, pro se

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Order and Report and Recommendation ("Order and R&R") of Magistrate Judge Elizabeth Cowan Wright, dated October 8, 2024 [Doc. No. 26]. In the Order and R&R, Magistrate Judge Wright recommended that the remainder of Mr. Broussard's lawsuit be dismissed without prejudice under 28 U.S.C. § 1915(a), for failure to state a claim. No objections have been filed to that recommendation in the time permitted. Based on the recommendation of Magistrate Judge Wright, and on all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Order and R&R dated October 8, 2024 [Doc. No. 26] is **AFFIRMED** and **ADOPTED**.

2. The remainder of this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(a), for failure to state a claim.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 9, 2024                    s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge